IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Alan Jordan,<br><br>        Petitioner,<br><br>v.<br><br>RA Heisner,<br><br>        Respondent. | No. CV-23-00839-PHX-MTL<br><br>**ORDER** |

      Before the Court is the Report and Recommendation of Magistrate Judge Camille D. Bibles ("R & R") (Doc. 12) recommending that the Petition for Writ of Habeas Corpus (Doc. 1) be denied. The R&R also explained that "the parties shall have fourteen (14) days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court" and that "[f]ailure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues." (Doc. 12 at 7.)

      Petitioner has not filed any objections to the R & R. The deadline to do so passed long after the fourteen days following service of the R & R, which was mailed to Petitioner on November 8, 2023, and again on December 7, 2023.

      In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114,

1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R in its entirety.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 12) is **accepted with modifications**.

**IT IS FURTHER ORDERED** that the Motion to Dismiss Petition for Writ of Habeas Corpus (Doc. 10) is **granted** and that the Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.

**IT IS FURTHER ORDERED** that this action be **dismissed**.

**IT IS FINALLY ORDERED** that the Clerk of Court must close this action.

Dated this 8th day of January, 2024.

Michael T. Liburdi
United States District Judge